# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECHOLOGICS, LLC, MUELLER INTERNATIONAL, LLC and MUELLER CANADA, LTD. d/b/a ECHOLOGICS, </br></br>Plaintiffs,</br></br>v.</br></br>ORBIS INTELLIGENT SYSTEMS, INC. and AQUAM USA, INC.,</br></br>Defendants. | )</br>)</br>)</br>)  C.A. No. 19-2036-RGA</br>)</br>)  **JURY TRIAL DEMANDED**</br>)</br>)</br>)</br>)</br>)</br>) |

**ORDER**

At Wilmington this 27 day of August, 2020, having reviewed Defendants' Motion to Redact Transcript of July 29, 2020 Discovery Dispute Hearing;

IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall replace D.I. 38 with the redacted version of the July 29, 2020 transcript attached as Exhibit B to Defendants' motion, which redacted version will serve as the official public transcript of the July 29, 2020 hearing.

_____
United States District Judge

6843743/ 49739