

Cortlan S. Hitch
302.888.6988
chitch@morrisjames.com

April 5, 2021

**VIA CM/ECF**
The Honorable Richard G. Andrews
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, DE 19801-3555

    Re:    *Echologics, LLC, et al. v. Orbis Intelligent Systems, Inc., et al.*,
           *No. 1:19-cv-02036-RGA (D. Del.)*

Dear Judge Andrews:

    Pursuant to the undersigned's March 12, 2021, letter to Your Honor, Plaintiffs and Defendants are hereby jointly reporting on the status of settlement following the parties' videoconference mediation session with Hon. Mary Pat Thynge, Chief U.S. Magistrate Judge, on March 30, 2021. The parties are pleased to inform the Court that during the mediation, they reached an agreement in principle to settle the case. Counsel for the parties have exchanged drafts of a term sheet listing the main settlement provisions, and upon finalizing that document, they will work to finalize the governing settlement agreement and related stipulation of dismissal of the case.

    Counsel for the parties are available at the Court's convenience if Your Honor has any questions or concerns.

    Respectfully,

    */s/ Cortlan S. Hitch*

    Cortlan S. Hitch (#6720)

cc:    All counsel of record (via CM/ECF and electronic mail)